NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-424

CELIA S. WEST

VERSUS

ALLSTATE INSURANCE COMPANY

**********

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 76305
HONORABLE ERIC R. HARRINGTON, DISTRICT JUDGE

**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Robert L. Salim
1762 Texas Street
Natchitoches, LA   71457
(318) 352-5999
COUNSEL FOR PLAINTIFF/APPELLEE:
    Celia S. West

Zelda W. Tucker
3324 Line Avenue
P.O. Box 4845
Shreveport, LA  71104-4845
(318) 861-0884
COUNSEL FOR DEFENDANT/APPELLANT:
    Allstate Insurance Company